# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ADVANCED PATHOLOGY SOLUTIONS PLLC**                  **PLAINTIFF**

**VS.**                    **4:25-CV-00229-BRW**

**US DEPARTMENT OF HEALTH
AND HUMAN SERVICES,** *ET AL.*                  **DEFENDANTS**

## ORDER

Based on my long, personal friendship with Plaintiff's lawyer, Mr. Dustin McDaniel, I RECUSE.

Accordingly, the Clerk of the Court is directed to randomly reassign this case to another district judge.

IT IS SO ORDERED this 12th day of March, 2025.

                                               Billy Roy Wilson
                                               UNITED STATES DISTRICT JUDGE