# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

Advanced Pathology Solutions, PLLC

*Plaintiff*
v.    )    Case No. 4:25-cv-229-JM
)
Dep't Health & Hum. Servs., Kennedy, Robert F,    )
Sec'y; and Ctrs. Medicare & Medicaid Servs.,    )
Carlton, Stephanie, Acting Adm'r    )

*Defendant*

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Advanced Pathology Solutions, PLLC

Date: March 12, 2025

Dustin McDaniel, Ark. Bar No. 99011
*Attorney's printed name and bar number*

1307 W. 4th Street, Little Rock, AR 72201
*Address*

dmcdaniel@cozen.com
*E-mail address*

(501) 404-4010
*Telephone number*

(501) 404-4052
*FAX number*