UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ADVANCED PATHOLOGY SOLUTIONS, PLLC, | : <br> : Case No. 4:25-cv-229-JM <br> : |
| *Plaintiff*, | : |
| v. | : |
| ROBERT F. KENNEDY, in his official capacity as Secretary for the United States Department of Health & Human Services, | : <br> : <br> : |
| and | : |
| STEPHANIE CARLTON, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services, | : <br> : <br> : <br> : |
| *Defendants*. | : |

## MOTION FOR ARTHUR FRITZINGER TO APPEAR PRO HAC VICE AS COUNSEL FOR ADVANCED PATHOLOGY SOLUTIONS, PLLC

Pursuant to Local Rule 83.5, undersigned counsel moves for Arthur Fritzinger to appear *pro hac vice* as counsel for Plaintiff Advanced Pathology Solutions, PLLC in the above-captioned case.

Mr. Fritzinger is a member in good standing of the state Bars of Pennsylvania and New Jersey. Undersigned counsel is admitted to the state Bars of Arkansas, Washington, D.C., and South Dakota. Undersigned counsel is also admitted to practice in the Eastern District of Arkansas, and maintains an office in Arkansas for the practice of law with whom this Court and opposing counsel may readily communicate regarding conduct of the instant case. Undersigned counsel's address is 1307 W. 4th Street, Little Rock, Arkansas 72201, and undersigned counsel's telephone number is (501) 404-4010.

WHEREFORE, undersigned counsel respectfully asks this Court to grant the instant motion and permit Arthur Fritzinger to appear *pro hac vice* in the above-captioned matter.

COZEN O'CONNOR

Dated:  March 12, 2025

By: */s/ Dustin McDaniel*
Dustin McDaniel
Ark. Bar No. 99011
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1307 W. 4th Street
Little Rock, Arkansas 72201
Tel: (501) 404-4010
E-mail: dmcdaniel@cozen.com

2