## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ADVANCED PATHOLOGY SOLUTIONS, PLLC, | : <br> :    Case No. 4:25-cv-229-JM <br> : |
| *Plaintiff*, | : |
| v. | : |
| ROBERT F. KENNEDY, in his official capacity as Secretary for the United States Department of Health & Human Services, | : |
| and | : |
| STEPHANIE CARLTON, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services, | : |
| *Defendants*. | : |

### PLAINTIFF ADVANCED PATHOLOGY SOLUTIONS, PLLC'S FRCP RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Advanced Pathology Solutions, PLLC ("APS") hereby discloses as follows:

APS, an Arkansas professional limited liability company, is a nongovernmental party. APS has no parent corporation, and no publicly held corporation owning 10% or more of its membership interest.

Undersigned counsel acknowledge a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

[*Signature Blocks on Page to Follow*]

Dated:  March 14, 2025

COZEN O'CONNOR

By: */s/ Dustin McDaniel*
Dustin McDaniel
Ark. Bar No. 99011
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1307 W. 4th Street
Little Rock, Arkansas 72201
Tel: (501) 404-4010
E-mail: dmcdaniel@cozen.com

Arthur P. Fritzinger
Penn. Bar No. 309533
*Admitted pro hac vice*
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel: (215) 665-7264
E-mail: afritzinger@cozen.com