# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ADVANCED PATHOLOGY SOLUTIONS, PLLC, | : <br> : Case No. 4:25-cv-229-JM <br> : |
| *Plaintiff*, | : |
| v. | : |
| ROBERT F. KENNEDY, in his official capacity as Secretary for the United States Department of Health & Human Services, | : |
| and | : |
| STEPHANIE CARLTON, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services, | : |
| *Defendants*. | : |

## PLAINTIFF'S MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION

Advanced Pathology Solutions, PLLC ("APS" or "Plaintiff"), by and through undersigned counsel, hereby moves for a preliminary and permanent injunction, and for this Court to order the Secretary of the U.S. Department of Health and Human Services and the Acting Administrator of U.S. Centers for Medicare and Medicaid Services to lift the suspension of (and release) APS's Medicare payments and issue an overpayment determination so that it can exercise its appeal rights.  In support of its motion, APS files the accompanying brief and declarations, one of which contains supporting exhibits.

For the reasons articulated in Plaintiff's Brief in Support of its Motion for a Preliminary and Permanent Injunction, APS respectfully requests that this Court issue an injunction.

[*Signature Blocks on Page to Follow*]

|  |  |
|---|---|
| | COZEN O'CONNOR |
| Dated:  March 20, 2025 | By: */s/ Dustin McDaniel* <br> Dustin McDaniel <br> Bar No. 99011 <br> *Attorney for Plaintiff,* <br> *Advanced Pathology Solutions, PLLC* <br> Cozen O'Connor <br> 1307 W. 4th Street <br> Little Rock, Arkansas 72201 <br> Tel: (501) 404-4010 <br> E-mail: dmcdaniel@cozen.com <br><br> Arthur P. Fritzinger <br> Penn. Bar No. 309533 <br> *Admitted pro hac vice* <br> *Attorney for Plaintiff,* <br> *Advanced Pathology Solutions, PLLC* <br> Cozen O'Connor <br> 1650 Market Street, Suite 2800 <br> Philadelphia, Pennsylvania 19103 <br> Tel: (215) 665-7264 <br> E-mail: afritzinger@cozen.com |