UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ADVANCED PATHOLOGY SOLUTIONS, PLLC, | : |
| | : Case No. 4:25-cv-229-JM |
| *Plaintiff*, | : |
| | : |
| v. | : |
| | : |
| ROBERT F. KENNEDY, in his official capacity as Secretary for the United States Department of Health & Human Services, | : |
| | : |
| and | : |
| | : |
| STEPHANIE CARLTON, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services, | : |
| | : |
| *Defendants*. | : |

**DECLARATION OF KEVIN HANNAH IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION**

Kevin Hannah, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am over 18 years of age and competent to make this Declaration. The evidence supplied in this Declaration is based upon my personal knowledge.

2. I am the Chief Executive Officer of Advanced Pathology Solutions, PLLC ("APS"), and submit this Declaration in support of Plaintiff's Motion for a Preliminary and Permanent Injunction.

3. APS is a pathology laboratory located in Little Rock, Arkansas.

4. I founded APS with Hunter Pledger in 2013. Donell Burkett joined as a member in 2015. APS is owned and managed largely by the three of us, all of whom are residents of Arkansas.

1

5. APS performs diagnostic medical testing for hospitals and physicians, including gastroenterologists, podiatrists, wound-care specialists, pain specialists, orthopedists, and plastic surgeons. Thousands of patients rely on APS every day to diagnose cancer, gastrointestinal diseases, and other ailments.

6. Each of APS's pathologists have specialized training from post-doctoral fellowship programs, allowing them to provide pathology services to patients across the country that may not otherwise be readily available in the patient's local area.

7. As of July 26, 2024, between 30 and 40% of APS's revenue was earned through claims paid by federal healthcare providers.

8. On July 26, 2024, the U.S. Centers for Medicare & Medicaid Services ("CMS") suspended APS's Medicare payments.

9. On August 8, 2024, CMS sent APS a notice of payment suspension ("Suspension Notice") through its Unified Program Integrity Contractor ("UPIC").

10. Attached hereto as Exhibit 1 is a true and correct copy of the Suspension Notice that APS received from the UPIC.

11. On August 16, 2024, APS submitted a rebuttal statement to the UPIC, including supporting documents ("Rebuttal").

12. Attached hereto as Exhibit 2 is a true and correct copy of the Rebuttal that APS submitted to the UPIC.

13. The UPIC sent a response to APS's Rebuttal on September 13, 2024 ("Response").

14. Attached hereto as Exhibit 3 is a true and correct copy of the Response that APS received from the UPIC.

15. On January 24, 2025, the UPIC notified APS that the payment suspension would continue indefinitely while its investigation continues ("Notification").

16. Attached hereto as Exhibit 4 is a true and correct copy of the Notification that APS received from the UPIC.

17. I am not aware of any steps that CMS or the UPIC have taken to investigate the claims identified in the Suspension Notice.

18. As far as I am aware, neither CMS nor the UPIC has requested the medical records associated with the claims identified in the Suspension Notice, nor has CMS or the UPIC asked to speak with APS's attorneys or to interview any of its employees or representatives.

19. Prior to receiving the Suspension Notice, APS had not been subject to any investigation by CMS or the U.S. Department of Health & Human Services. It had previously received a Civil Investigative Demand from the Department of Justice ("DOJ"), and APS cooperated fully with that investigation. DOJ filed no claims against APS. APS requested information from DOJ about the suspension, but DOJ has denied those requests and has denied any involvement whatsoever in the suspension.

20. APS has not been paid for the services it provides to Medicare beneficiaries since the suspension was put in place on July 26, 2024.

21. The claims that APS has submitted for payment have been accepted and approved without denial or down-coding by CMS, but the money has not been paid to APS because of the suspension.

22. The suspension is preventing APS from receiving approximately $9.8 million in Medicare payments.

23. Because of the loss of revenue caused by the suspension, APS has been forced to liquidate its podiatry division, which was profitable for the company but relied heavily upon CMS revenue. Additionally, APS had strategic plans to expand, hire additional pathologists (and support staff), and add new referral partners in 2025. APS has been forced to abandon those plans because it does not have operating revenue to fund them due to the CMS suspension.

24. When employees have left APS during the suspension, for normal attrition reasons, APS has not been able to fill those positions because of financial impact of the suspension. While APS has avoided firing substantial numbers of employees to date, APS anticipates that it will no longer be able to pay all of its employees within six to eight weeks.

25. Unless the suspension is lifted and APS's Medicare payments are released, APS will be forced to shut down. Absent additional credit or liquidation, APS will have insufficient funds to continue operations in 2-3 months.

26. Lifting the suspension and releasing APS's Medicare payments will allow APS to continue operating and paying its employees.

27. If APS is forced to shut down, many Medicare beneficiaries—particularly those in rural areas that we serve—will not have access to the specialized services APS provides. APS's pathologists are fellowship-trained and highly experienced, and their skillset does not exist in many local markets. Indeed, that is why there is nationwide demand for APS's services.

28. APS is my livelihood, and I have put significant time and personal effort into the company.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2025.

_____
**Kevin Hannah**
Chief Executive Officer
Advanced Pathology Solutions, PLLC