# EXHIBIT 1



Unified Program Integrity Contractor
South Western Jurisdiction (UPICSW)

August 8, 2024

Advanced Pathology Solutions, LLC
5328 Northshore CV
North Little Rock, AR 72118

Re: **Notice of Suspension of Medicare Payments**
**Provider Medicare ID Number(s)**: 462536
**Provider NPI**: 1053686964
**PSP Number**: PSP-240620-00002

Dear Advanced Pathology Solutions, LLC:

The purpose of this letter is to notify you The Centers for Medicare & Medicaid Services (CMS) has determined it is necessary to suspend all Medicare payments to Advanced Pathology Solutions, LLC pursuant to 42 C.F.R. § 405.371(a)(2) and 42 C.F.R. § 405.372(a)(4)(iii). The suspension of Medicare payments took effect on July 26, 2024. Prior notice of this suspension was not provided, because giving prior notice would place additional Medicare funds at risk and hinder the Centers for Medicare & Medicaid Services' (CMS) ability to recover any determined overpayment. See 42 C.F.R. § 405.372(a)(3) and (4).

This suspension is based on credible allegations of fraud. See 42 C.F.R. § 405.371(a)(2). CMS regulations define credible allegations of fraud as an allegation from any source including, but not limited to, fraud hotline complaints verified by further evidence, claims data mining, patterns identified through audits, civil false claims cases, and law enforcement investigations. See 42 C.F.R. § 405.370(a). Allegations are considered credible when they have indicia of reliability. See 42 C.F.R. § 405.370. This suspension may last until resolution of the investigation as defined under 42 C.F.R. § 405.370 and may be extended under certain circumstances. See 42 C.F.R. §405.372(d)(3).

Specifically, the suspension of Medicare payments to Advanced Pathology Solutions is based on, but not limited to, information that you misrepresented services billed to the Medicare program. More particularly, Advanced Pathology Solutions is billing for medically unnecessary services. Additionally, APS has entered into arrangements to set up mini labs or "Lean Labs" at a reduced cost in numerous healthcare providers' offices in order to increase the amount of referrals to APS.

The following list of sample claims provide evidence of our findings and serve as a basis for the determination to suspend Medicare payments to Advanced Pathology Solutions:

| Claim Control Number | Date(s) of Service | $$ Amount Paid | Basis for Selected Claims |
|---|---|---|---|
| 520222207112240 | 7/19/2022 | $276.55 | Billing for Medically Unnecessary Services |
| 20222161135840 | 6/2/2022 | $279.37 | Billing for Medically Unnecessary Services |



14643 Dallas Parkway, Suite 400 • Dallas, Texas 75254-1613 • www.qlarant.com



Unified Program Integrity Contractor
South Western Jurisdiction (UPICSW)

| | | | |
|---|---|---|---|
| 520222161135850 | 6/2/2022 | $279.37 | Billing for Medically Unnecessary Services |
| 520222161135870 | 6/3/2022 | $279.37 | Billing for Medically Unnecessary Services |
| 520222161135860 | 6/3/2022 | $279.37 | Billing for Medically Unnecessary Services |

This list is not exhaustive or complete, and the investigation into this matter is continuing. The information is provided by way of example in order to furnish you with adequate notice of the basis for this payment suspension.

Pursuant to 42 C.F.R. § 405.372(b)(2), you have the right to submit a rebuttal statement in writing to us indicating why you believe the suspension should be removed. If you opt to do so, we request that you submit this rebuttal statement to us within 15 days of receipt of this notice, and you may include with this statement any evidence you believe supports your reasons why the suspension should be removed. If you choose to submit a rebuttal statement, your rebuttal statement and any pertinent evidence should be sent to:

> Qlarant Integrity Solutions, LLC
> Attn: Rebuttal and Suspension Department
> 14643 Dallas Parkway, Suite 400
> Dallas, TX 75254

If you submit a rebuttal statement, we will review that statement (and any supporting documentation) along with other materials associated with the case. Based on a careful review of the information you submit and all other relevant information known to CMS, we will determine whether the suspension should be removed, or should remain in effect within 15 days of receipt of the complete rebuttal package, consistent with 42 C.F.R. § 405.375. However, the suspension of Medicare payments will continue while your rebuttal package is being reviewed. See 42 C.F.R. § 405.375(a). Thereafter, we will notify you in writing of the determination to continue or remove the suspension and provide specific findings on the conditions upon which the suspension may be continued or removed, as well as an explanatory statement of the determination. See 42 C.F.R. § 405.375(b)(2). This determination is not an initial determination and is not appealable. See 42 C.F.R. § 405.375(c).

If the suspension is continued, we and CMS will review additional evidence during the suspension period to determine whether claims are payable and/or whether an overpayment exists and, if so, the amount of the overpayment. See 42 C.F.R. § 405.372(c). We may need to contact you with specific requests for further information. You will be informed of developments and will be promptly notified of any overpayment determination(s). Claims will continue to be processed during the suspension period, and you will be notified about bill/claim determinations, including appeal rights regarding any bills/claims that are denied. The payment suspension also applies to claims in process.







Unified Program Integrity Contractor
South Western Jurisdiction (UPICSW)

In the event that an overpayment is determined and it is determined that a recoupment of payments under 42 C.F.R. § 405.371(a)(3) should be put into effect, you will receive a separate written notice of the intention to recoup and the reasons. Please be advised that CMS may charge interest on the amount of the overpayment, consistent with 42 C.F.R. § 405.378. In the written notice alerting you to the overpayment, you will be given an opportunity for rebuttal in accordance with 42 C.F.R. § 405.374 from the Medicare Administrative Contractor (MAC) that processes the Medicare claims you submit, which in this case is Novitas Solutions, Inc. When the payment suspension has been removed, any money withheld as a result of the payment suspension shall be applied first to reduce or eliminate any determined overpayment by CMS including any interest assessed under 42 C.F.R. § 405.378, and then to reduce any other obligation to CMS or to the U.S. Department of Health and Human Services in accordance with 42 C.F.R. § 405.372(e). In the absence of a legal requirement that the excess be paid to another entity, the excess will be released to you.

Should you have any questions regarding the status of the suspension, please direct your inquiry to **ProviderSuspensionSW@Qlarant.com**. Any request to remove the suspension must be submitted through the rebuttal process described above.

Sincerely,

UPIC South Western Administration
Qlarant Integrity Solutions, LLC


cc: Centers for Medicare & Medicaid Services



14643 Dallas Parkway, Suite 400  •  Dallas, Texas 75254-1613  •  www.qlarant.com