# EXHIBIT 4



Unified Program Integrity Contractor
South Western Jurisdiction (UPICSW)

**Date**: January 24, 2025

**To**:
Attn: Kevin Hannah, CEO
Advanced Pathology Solutions LLC
5328 Northshore CV
North Little Rock, AR 72118

**Reference Number**: PSP-240620-00002
**Provider/Supplier Name**: Advanced Pathology Solutions
**Provider/Supplier Medicare ID Number (s)**: 462536
**Provider/Supplier NPI**: 1053686964

**Subject**: Payment Suspension Extension Notice

Dear Kevin Hannah/Advanced Pathology Solutions LLC:

As previously advised in the Notice of Payment Suspension dated August 8, 2024, the Centers for Medicare & Medicaid Services (CMS) suspended payments to Advanced Pathology Solutions LLC, based upon credible allegations of fraud under 42 C.F.R. § 405.371(a)(2). CMS regulations authorize payment suspensions based upon credible allegations of fraud to continue until resolution of the investigation including termination of any civil or criminal proceedings. See 42 C.F.R. § 405.370 (defining "resolution of an investigation") and § 405.372(d)(3)(ii).

Consistent with 42 C.F.R. § 405.371(b), CMS has (1) evaluated whether there is good cause to not continue the payment suspension and (2) received a certification from the Office of Inspector General (OIG) or other law enforcement agency that the matter continues to be under investigation warranting continuation of the suspension. We are writing to inform you that the payment suspension remains in place.

The maintenance of your payment suspension applies to claims in process. When the payment suspension is terminated, any money withheld as a result of the payment suspension shall be applied first to reduce or eliminate any determined overpayment by CMS including any interest assessed under 42 C.F.R. § 405.378, and then to reduce any other obligation to CMS or the U.S. Department of Health and Human Services. See 42 C.F.R. § 405.372(e). In the absence of a legal requirement that the excess be paid to another entity, the excess will be released to you.

Should you have any questions regarding the status of the suspension, please direct your inquiry to **ProviderSuspensionSW@Qlarant.com**.

Sincerely,



14643 Dallas Parkway, Suite 400 • Dallas, Texas 75254-1613 • www.qlarant.com



Unified Program Integrity Contractor
South Western Jurisdiction (UPICSW)

UPIC South Western Jurisdiction Administration
Qlarant Integrity Solutions, LLC

cc: Centers for Medicare & Medicaid Services



Qlarant  14643 Dallas Parkway, Suite 400 • Dallas, Texas 75254-1613 • www.qlarant.com