**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| ADVANCED PATHOLOGY SOLUTIONS, PLLC, | : | Case No. 4:25-cv-229-JM |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT F. KENNEDY, in his official capacity as Secretary for the United States Department of Health & Human Services, | : | |
| | : | |
| and | : | |
| | : | |
| STEPHANIE CARLTON, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services, | : | |
| | : | |
| *Defendants.* | : | |

## DECLARATION OF BRANDON CRAIN IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION

Brandon Crain, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.    I am over 18 years of age and competent to make this Declaration. The evidence supplied in this Declaration is based upon my personal knowledge.

2.    I am the Director of Finance at Advanced Pathology Solutions, PLLC ("APS"), and submit this Declaration in support of Plaintiff's Motion for a Preliminary and Permanent Injunction.

3.    On July 26, 2024, the U.S. Centers for Medicare & Medicaid Services ("CMS") suspended APS's Medicare payments.

4.    On August 8, 2024, CMS sent APS a notice of payment suspension ("Suspension Notice") through its Unified Program Integrity Contractor ("UPIC").

1

5.      I am not aware of any steps that CMS or the UPIC have taken to investigate the claims identified in the Suspension Notice.

6.      As far as I am aware, neither CMS nor the UPIC has requested the medical records associated with the claims identified in the Suspension Notice, nor has CMS or the UPIC asked to speak with APS's attorneys or to interview any of its employees or representatives.

7.      APS has not been paid for the services it provides to Medicare beneficiaries since the suspension was put in place on July 26, 2024.

8.      The claims that APS has submitted for payment have been accepted and approved without any denial or down-coding by CMS, but the money has not been paid to APS because of the suspension.

9.      The suspension is preventing APS from receiving approximately $9.8 million in Medicare payments.

10.     Payment for services rendered to Medicare beneficiaries amount to approximately $1.3 million per month, which was 30-40% of APS's revenue at the time of the suspension.

11.     The five claims identified in the Suspension Notice represented less than 1% of all claims APS submitted to Medicare during that period (June 2, 2022, through July 19, 2022), and less than 0.02% of all claims APS submitted to Medicare in 2022.

12.     The five claims identified in the Suspension Notice would collectively yield payments to APS of less than $1,400.

13.     Unless the suspension is lifted and APS's Medicare payments are released, APS will be forced to shut down. Absent additional credit or liquidation, APS will have insufficient funds to continue operations in 2-3 months. APS has already been forced to liquidate lines of

business, including its podiatry services, that heavily rely upon CMS payments for financial viability.

14.     Since June 2024, APS has been required to incur the cost and burden of performing a high number of services that result in no payment from CMS. APS has incurred approximately $7.9 million in such costs. Because the percentage of APS revenue attributable to CMS is greater than APS's profit margin on any services, APS is operating at a substantial loss that is compounding each month.

15.     Prior to the suspension, APS had plans to expand. It had added an average of two pathologists (and associated support staff) each year, as well as 1-2 referral partners. APS had specific plans to grow expansion in early 2025. APS was forced to abandon those plans under the suspension, as efficiency and survival became the priority.

16.     In addition, APS has left positions open and reduced salaries significantly as a result of the financial strain caused by the suspension. In August 2024, for example, a sales person left a significant position at APS, but APS has not had funds to fill that position due to the suspension.

17.     APS has avoided firing substantial numbers of employees to date. However, APS anticipates that it will no longer be able to pay all of its employees within six to eight weeks. Accordingly, APS will soon be forced to terminate trusted staff members if the CMS freeze remains in effect.  Lifting the suspension and releasing APS's Medicare payments will allow APS to continue operating.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2025

**Brandon Crain**
Director of Finance
Advanced Pathology Solutions, PLLC