## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| ADVANCED PATHOLOGY SOLUTIONS, PLLC, | : | Case No. 4:25-cv-229-JM |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT F. KENNEDY, in his official capacity as Secretary for the United States Department of Health & Human Services, | : | |
| | : | |
| and | : | |
| | : | |
| STEPHANIE CARLTON, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services, | : | |
| | : | |
| *Defendants*. | : | |

## <u>PROOF OF SERVICE</u>

COMES NOW, Advanced Pathology Solutions, PLLC ("APS" or "Plaintiff"), and for its Proof of Service relating to service on the named Defendants herein, states:

Pursuant to Federal Rule of Civil Procedure 4(l), APS completed service of the Complaint and Summons(es) on the Defendants as follows:

1. Service on Robert F. Kennedy, in his official capacity as Secretary for the United States Department of Health & Human Services, was delivered on March 21, 2025, as set forth on the Certified Mail Receipt and USPS Tracking Report attached hereto.

2. Service on Stephanie Carlton, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services, was delivered on March 20, 2025, as set forth on the Certified Mail Receipt and USPS Tracking Report attached hereto.

3. Service on the Office of the United States Attorney for the Eastern District of Arkansas was

delivered on March 17, 2025, as set forth on the Certified Mail Receipt and USPS Tracking Report attached hereto.

4. Service on the Attorney General for the United States was delivered on March 24, 2025, as set forth on the Certified Mail Receipt and USPS Tracking Report attached hereto.


COZEN O'CONNOR

Dated: March 24, 2025

By: */s/ Dustin McDaniel*
Dustin McDaniel
Bar No. 99011
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1307 W. 4th Street
Little Rock, Arkansas 72201
Tel: (501) 404-4010
E-mail: dmcdaniel@cozen.com

Arthur P. Fritzinger
Penn. Bar No. 309533
*Admitted pro hac vice*
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel: (215) 665-7264
E-mail: afritzinger@cozen.com







7022 1670 0001 6753 0700

7022 1670 0001 6753 0663

7022 1670 0001 6753 0694

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70221670000167530663

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:16 am on March 21, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
March 21, 2025, 7:16 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

## Text & Email Updates        ⌄

## USPS Tracking Plus®        ⌄

## Product Information        ⌄

**See Less** ⌃

Track Another Package

| Enter tracking or barcode numbers |
| --- |

# USPS Tracking®

FAQs >

Tracking Number:                                                              Remove ✕

# 70221670000167530694

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:00 pm on March 20, 2025 in WINDSOR MILL, MD 21244.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WINDSOR MILL, MD 21244
March 20, 2025, 12:00 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates                                                         ⌄

USPS Tracking Plus®                                                          ⌄

Product Information                                                          ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

# 70221670000167530670

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:48 pm on March 17, 2025 in LITTLE ROCK, AR 72201.

---

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

LITTLE ROCK, AR 72201
March 17, 2025, 12:48 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

Case 4:25-cv-00229-JM     Document 11     Filed 03/24/25     Page 7 of 7

# USPS Tracking®

FAQs >

**Remove** ✕

Tracking Number:

# 70221670000167530700

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:21 am on March 24, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
March 24, 2025, 5:21 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

**Text & Email Updates**                                                          ⌄

---

**USPS Tracking Plus®**                                                            ⌄

---

**Product Information**                                                            ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers