UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **ADVANCED PATHOLOGY SOLUTIONS, PLLC** | | **PLAINTIFF** |
| v. | No. 4:25-CV-229 JM | |
| **ROBERT F. KENNEDY**, in his official capacity as Secretary of the United States Department of Health & Human Services; and **STEPHANIE CARLTON**, in her Official capacity as Acting Administrator of the Centers For Medicare and Medicaid Services | | **DEFENDANTS** |

## NOTICE OF APPEARANCE

Upon receiving service of plaintiff's motion for preliminary injunction and supporting brief on April 2, 2025, undersigned counsel, Jamie Goss Dempsey, Assistant U.S. Attorney, Eastern District of Arkansas, hereby enters her appearance on behalf of defendants Robert F. Kennedy, in his official capacity as Secretary of the U.S. Department of Health & Human Services, and Stephanie Carlton, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas

*/s/ Jamie Goss Dempsey*

_____
Jamie Goss Dempsey
Ark. Bar No. 2007239
Assistant U.S. Attorney
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
Tel.   (501) 340-2600
jamie.dempsey@usdoj.gov