# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ADVANCED PATHOLOGY SOLUTIONS, PLLC, | Case No. 4:25-cv-229-JM |
| *Plaintiff*, | |
| v. | |
| ROBERT F. KENNEDY, in his official capacity as Secretary for the United States Department of Health & Human Services, | |
| and | |
| STEPHANIE CARLTON, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services, | |
| *Defendants*. | |

## CERTIFICATE OF SERVICE

COMES NOW, Advanced Pathology Solutions, PLLC ("APS" or "Plaintiff"), and for its Certificate of Service relating to service on the named Defendants herein of its Motion for a Preliminary and Permanent Injunction ("PI Motion"), and exhibits and brief in support of the PI Motion, states:

APS completed service of its PI Motion, and exhibits and brief in support of the PI Motion, on Defendants by personal service at the Office of the United States Attorney for the Eastern District of Arkansas, delivered on April 2, 2025.

[*Signature Blocks on Page to Follow*]

|  |  |
|---|---|
|  | COZEN O'CONNOR |
| Dated: April 2, 2025 | By: */s/ Dustin McDaniel* |
|  | Dustin McDaniel |
|  | Bar No. 99011 |
|  | *Attorney for Plaintiff,* |
|  | *Advanced Pathology Solutions, PLLC* |
|  | Cozen O'Connor |
|  | 1307 W. 4th Street |
|  | Little Rock, Arkansas 72201 |
|  | Tel: (501) 404-4010 |
|  | E-mail: dmcdaniel@cozen.com |
|  |  |
|  | Arthur P. Fritzinger |
|  | Penn. Bar No. 309533 |
|  | *Admitted pro hac vice* |
|  | *Attorney for Plaintiff,* |
|  | *Advanced Pathology Solutions, PLLC* |
|  | Cozen O'Connor |
|  | 1650 Market Street, Suite 2800 |
|  | Philadelphia, Pennsylvania 19103 |
|  | Tel: (215) 665-7264 |
|  | E-mail: afritzinger@cozen.com |