UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **ADVANCED PATHOLOGY SOLUTIONS, PLLC** | | **PLAINTIFF** |
| v. | No. 4:25-CV-229 JM | |
| **ROBERT F. KENNEDY**, in his official capacity as Secretary of the United States Department of Health & Human Services; and **STEPHANIE CARLTON**, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services | | **DEFENDANTS** |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff Advanced Pathology Solutions, PLLC ("APS"), and defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of Health & Human Services ("HHS"), and Stephanie Carlton, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services ("CMS"), jointly move the Court for a stay of all proceedings in this action, as follows:

1. After filing its complaint in this action, on March 20, 2025, APS filed a motion for preliminary injunction and supporting brief which it served on counsel for HHS and CMS on April 2, 2024. *See* Motion for Preliminary Injunction, Doc. No. 9; Brief in Support of Motion for Preliminary Injunction, Doc. No. 10; Certificate of Service, Doc. No. 13.

2. Subsequently, the Court set a briefing schedule and scheduled a hearing for April 23, 2025. *See* Text Entry Orders, Doc. Nos. 14-15.

3. The parties have conferred and wish to promptly explore resolution of this action, among other issues.

4. Therefore, the parties jointly request that the Court briefly stay this action and suspend the briefing and hearing schedule. Specifically, the parties propose the following:

    a. During the stay, defendants will not be required to respond to the complaint or motion for preliminary injunction, and the hearing scheduled for April 23, 2025 is adjourned.

    b. The parties will file a joint status report with the Court on April 30, 2025, regarding whether the stay should remain in effect or be lifted.

    c. If the parties are unable to reach a resolution and the stay is lifted, (1) defendants shall have 14 days to respond to plaintiff's motion for preliminary injunction; (2) plaintiff shall have 5 days to file a reply in support of its motion for preliminary injunction; (3) defendants shall have 45 days to respond to the complaint; (3) plaintiff shall have 21 days to respond to any motion to dismiss filed by defendants; and (4) defendants shall have 14 days to submit any reply in support of any motion to dismiss.

5. For the foregoing reasons, the parties respectfully request that the Court grant the requested stay of all proceedings as set forth by the parties in this motion.

WHEREFORE, plaintiff Advanced Pathology Solutions, PLLC, and defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of Health & Human Services, and Stephanie Carlton, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services, jointly move the Court for a stay of all proceedings in this action.

Dated: April 8, 2025

| | |
|---|---|
| JONATHAN D. ROSS<br>United States Attorney<br>Eastern District of Arkansas<br><br>By: */s/ Jamie Goss Dempsey*<br>Jamie Goss Dempsey<br>Ark. Bar No. 2007239<br>Assistant U.S. Attorney<br>425 West Capitol Ave., Suite 500<br>Little Rock, Arkansas 72201<br>Tel. (501) 340-2600<br>jamie.dempsey@usdoj.gov | COZEN O'CONNOR<br><br>By: */s/ Dustin McDaniel*<br>Dustin McDaniel<br>Bar No. 99011<br>*Attorney for Plaintiff,*<br>*Advanced Pathology Solutions, PLLC*<br>Cozen O'Connor<br>1307 W. 4th Street<br>Little Rock, Arkansas 72201<br>Tel: (501) 404-4010<br>E-mail: dmcdaniel@cozen.com<br><br>Arthur P. Fritzinger<br>Penn. Bar No. 309533<br>*Admitted pro hac vice*<br>*Attorney for Plaintiff,*<br>*Advanced Pathology Solutions, PLLC*<br>Cozen O'Connor<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 665-7264<br>E-mail: afritzinger@cozen.com |