UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| ADVANCED PATHOLOGY SOLUTIONS, PLLC | | PLAINTIFF |
| v. | No. 4:25-CV-229 JM | |
| ROBERT F. KENNEDY, in his official capacity as Secretary of the United States Department of Health & Human Services; and DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services | | DEFENDANTS |

## JOINT STATUS REPORT

Plaintiff Advanced Pathology Solutions, PLLC ("APS"), and defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of Health & Human Services ("HHS"), and Dr. Mehmet Oz[1], in his official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services ("CMS"), submit their joint status report:

1. On April 8, 2025, the Court granted the parties' joint motion to stay proceedings. *See* Text Order Entry, Doc. No. 17.

---

[1] Since the complaint in this action was filed, Dr. Mehmet Oz has been nominated and confirmed as the Administrator of the Centers for Medicare and Medicaid Services. Pursuant to Fed. R. Civ. P. 25(d), Oz is automatically substituted as the proper Defendant in place of Stephanie Carlton who no longer serves as Acting Administrator.

2. As required by the Court's order, the parties submit this joint report and request that the stay remain in place for the parties to continue to negotiate resolution of this matter.

3. Therefore, the parties jointly request that the Court continue the stay in this action. Specifically, the parties propose the following:

   a. The parties will file a joint status report with the Court on May 30, 2025, regarding whether the stay should remain in effect or be lifted.

   b. If the parties are unable to reach a resolution and the stay is lifted, (1) defendants shall have 14 days to respond to plaintiff's motion for preliminary injunction; (2) defendants shall have 45 days to respond to the complaint; (3) plaintiff shall have 21 days to respond to any motion to dismiss filed by defendants; and (4) defendants shall have 14 days to submit any reply in support of any motion to dismiss.

4. For the foregoing reasons, the parties respectfully request that the Court extend the requested stay of all proceedings as set forth by the parties in this joint status report.

WHEREFORE, plaintiff Advanced Pathology Solutions, PLLC, and defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of Health & Human Services, and Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services, jointly provide this status report.

Dated: April 30, 2025

| | |
|---|---|
| JONATHAN D. ROSS<br>United States Attorney<br>Eastern District of Arkansas<br><br>By: */s/ Jamie Goss Dempsey*<br>Jamie Goss Dempsey<br>Ark. Bar No. 2007239<br>Assistant U.S. Attorney<br>425 West Capitol Ave., Suite 500<br>Little Rock, Arkansas 72201<br>Tel. (501) 340-2600<br>jamie.dempsey@usdoj.gov | COZEN O'CONNOR<br><br>By: */s/ Dustin McDaniel*<br>Dustin McDaniel<br>Bar No. 99011<br>*Attorney for Plaintiff,*<br>*Advanced Pathology Solutions, PLLC*<br>Cozen O'Connor<br>1307 W. 4th Street<br>Little Rock, Arkansas 72201<br>Tel: (501) 404-4010<br>E-mail: dmcdaniel@cozen.com<br><br>Arthur P. Fritzinger<br>Penn. Bar No. 309533<br>*Admitted pro hac vice*<br>*Attorney for Plaintiff,*<br>*Advanced Pathology Solutions, PLLC*<br>Cozen O'Connor<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 665-7264<br>E-mail: afritzinger@cozen.com |