UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **ADVANCED PATHOLOGY SOLUTIONS, PLLC** | **PLAINTIFF** |
| v. No. 4:25-CV-229 JM | |
| **ROBERT F. KENNEDY, in his official capacity as Secretary of the United States Department of Health & Human Services; and DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services** | **DEFENDANTS** |

## JOINT STATUS REPORT

Plaintiff Advanced Pathology Solutions, PLLC ("APS"), and defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of Health & Human Services ("HHS"), and Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services ("CMS"), submit their joint status report:

1. On April 8, 2025, the Court granted the parties' joint motion to stay proceedings. *See* Text Order Entry, Doc. No. 17.

2. As required by the Court's order, the parties submit this joint report and request that the stay be lifted because the parties have not been able to reach a resolution.

3. For the foregoing reasons, the parties respectfully request that the Court lift the stay of all proceedings as set forth by the parties in this status report.

WHEREFORE, plaintiff Advanced Pathology Solutions, PLLC, and defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of

Health & Human Services, and Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services, jointly provide this status report.

Dated: May 30, 2025

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas

By: */s/ Jamie Goss Dempsey*
Jamie Goss Dempsey
Ark. Bar No. 2007239
Assistant U.S. Attorney
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
Tel. (501) 340-2600
jamie.dempsey@usdoj.gov

COZEN O'CONNOR

By: */s/ Dustin McDaniel*
Dustin McDaniel
Bar No. 99011
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1307 W. 4th Street
Little Rock, Arkansas 72201
Tel: (501) 404-4010
E-mail: dmcdaniel@cozen.com

Arthur P. Fritzinger
Penn. Bar No. 309533
*Admitted pro hac vice*
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel: (215) 665-7264
E-mail: afritzinger@cozen.com