UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **ADVANCED PATHOLOGY SOLUTIONS, PLLC** | | **PLAINTIFF** |
| v. | No. 4:25-CV-229 JM | |
| **ROBERT F. KENNEDY, in his official capacity as Secretary of the United States Department of Health & Human Services; and DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services** | | **DEFENDANTS** |

### MOTION TO DISMISS AND RESPONSE TO MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION

Defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of Health & Human Services, and Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services ("CMS"), state as follows for their motion to dismiss and response to motion for preliminary and permanent injunction:

1.  On March 11, 2025, plaintiff Advanced Pathology Solutions, PLLC ("APS") filed this action challenging a temporary suspension of its Medicare payments after CMS found that credible allegations of fraud exist that APS billed for medically unnecessary services. *See* Complaint, Doc. No. 1.

2.  On March 20, 2025, APS filed a motion for preliminary and permanent injunction. *See* Motion for Preliminary and Permanent Injunction, Doc. No. 9.

3.  The Court does not have subject matter jurisdiction over this action because a temporary payment suspension is not a reviewable final agency decision; therefore, the Court

should dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1). *See Clarinda Home Health v. Shalala*, 100 F.3d 526, 530-31 (8th Cir. 1996).

4.  Alternatively, even if the Court had jurisdiction, which it does not, the Court should dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to plead a claim for relief. *Clemons v. Crawford*, 585 F.3d 1119, 1124 (8th Cir. 2009).

5.  Moreover, if the Court does not dismiss the Complaint, the Court should deny APS's motion for a preliminary and permanent injunction because APS has not met its burden to establish that this extraordinary remedy is appropriate here. *See Clarinda Home Health*, 100 F.3d at 531; *see also Padda v. Becerra*, 37 F.4th 1376 (8th Cir. 2022).

6.  If the Court grants preliminary injunctive relief, defendants respectfully request that the Court order APS to post security pursuant to Fed. R. Civ. P. 65(c).

7.  In support of their motion, defendants submit the Declaration of Sherri G. McQueen, attached as Exhibit A.

8.  A brief in support of this motion is filed herewith and incorporated herein.

WHEREFORE, defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of Health & Human Services, and Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services, respectfully request that the Court dismiss plaintiff's complaint and deny plaintiff's motion for preliminary and permanent injunction.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas

/s/     *Jamie Goss Dempsey*
_____

Jamie Goss Dempsey
Ark. Bar No. 2007239
Assistant U. S. Attorney
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
Tel.    (501) 340-2600
jamie.dempsey@usdoj.gov

### CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing was filed with the Court *via* CM/ECF, which shall send notification to counsel of record.

/s/     *Jamie Goss Dempsey*
_____
Jamie Goss Dempsey