UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **ADVANCED PATHOLOGY SOLUTIONS, PLLC** | | **PLAINTIFF** |
| v. | No. 4:25-CV-229 JM | |
| **ROBERT F. KENNEDY**, in his official capacity as Secretary of the United States Department of Health & Human Services; and **DR. MEHMET OZ**, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services | | **DEFENDANTS** |

<u>**Declaration of Sherri G. McQueen**</u>

I, Sherri G. McQueen, declare under penalty of perjury as follows:

1. My name is Sherri McQueen. I make this declaration based on my personal knowledge and my official duties overseeing program integrity activities, including Medicare payment suspensions, as well as my review of records maintained in the normal course of agency business.

2. I am the Director of the Fraud Investigations Group (FIG) in the Center for Program Integrity (CPI), within the Centers for Medicare & Medicaid Services (CMS), an agency under the U.S. Department of Health and Human Services (HHS). In this role, I oversee the Medicare payment suspension process and other program integrity functions. I have served in this capacity since July 18, 2021.

3. CMS is authorized to suspend Medicare payments to providers or suppliers based on credible allegations of fraud. *See* 42 U.S.C. § 1395y(o); 42 C.F.R. § 405.371(a)(2). The regulations define "credible allegations of fraud" to include information from a variety of sources—such as hotline complaints, data mining, audits, civil false claims investigations, and law enforcement referrals—that carry indicia of reliability. *See* 42 C.F.R. § 405.370(a).



4. In accordance with sections 1893 and 1936 of the Social Security Act [42 U.S.C. §§ 1395ddd and 1396u-6], CMS is authorized to contract with entities to conduct program integrity functions aimed at reducing fraud, waste, and abuse in the Medicare and Medicaid programs. CMS contracts with Unified Program Integrity Contractors (UPICs) to conduct program integrity activities.

5. CMS understands the financial impact of payment suspensions and the potential consequences for affected providers and their patients. Accordingly, CMS evaluates each suspension carefully and considers whether a "good cause" exception applies under 42 C.F.R. § 405.371(b). As part of this review, the UPIC assesses whether suspending payments to a provider may adversely affect beneficiaries' access to care and submits its access-to-care analysis to CMS for consideration.

6. In this case, the UPIC completed its access-to-care analysis prior to CMS's decision to impose the suspension. The UPIC concluded that the suspension would not result in access issues, as there were enough similar providers in the area to continue serving affected beneficiaries.

7. Providers subject to suspension are afforded an opportunity to submit a rebuttal statement. *See* 42 C.F.R. § 405.372(b). The provider in this case exercised that right and submitted a rebuttal dated August 16, 2024, received by the UPIC on August 19, 2024.

8. Under 42 C.F.R. § 405.375(a), CMS or its contractor must consider the rebuttal within 15 days. On August 23, 2024, CMS began its consideration of the rebuttal, as documented in a letter sent to the provider the same day—within the regulatory timeframe. A true and correct copy of the August 23, 2024 letter from CMS to APS is attached as Attachment 1. CMS issued a determination letter dated on September 13, 2024, informing the provider of its decision to continue the payment suspension. As of the date of this declaration, the investigation into the provider's activities remains active and ongoing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June __18__, 2025.

Sherri G. Mcqueen -S
Digitally signed by Sherri G. Mcqueen -S
Date: 2025.06.18 16:13:06 -04'00'

Sherri G. McQueen
Director, Fraud Investigation Group



Unified Program Integrity Contractor
South Western Jurisdiction (UPICSW)

August 23, 2024

Advanced Pathology Solutions, LLC
Attn: Kevin Hannah
5328 Northshore CV
North Little Rock, AR 72118

**RE: Medicare Payment Suspension**
**NPI:** 1053686964
**Contractors Case Tracking System #:** CSE-240729-00038
**Record Identifier:** PSP-240620-00002

Dear Advanced Pathology Solutions, LLC:

On August 19, 2024, we received your rebuttal letter, dated August 16, 2024, regarding the suspension of Advanced Pathology Solutions, LLC's Medicare payments, which was implemented on July 26, 2024. We are reviewing the rebuttal statement and materials submitted therein. A final response to the rebuttal will be forthcoming.

Should you have any questions, please direct your inquiry to **ProviderSuspensionSW@Qlarant.com**.

Sincerely,

UPIC South Western Administration
Qlarant Integrity Solutions, LLC

cc: Centers for Medicare & Medicaid Services

# ATTACHMENT 1



14643 Dallas Parkway, Suite 400 • Dallas, Texas 75254-1613 • www.qlarant.com