UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **ADVANCED PATHOLOGY SOLUTIONS, PLLC** | | **PLAINTIFF** |
| v. | No. 4:25-CV-229 JM | |
| **ROBERT F. KENNEDY, in his official capacity as Secretary of the United States Department of Health & Human Services; and DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services** | | **DEFENDANTS** |

## MOTION TO FILE UNREDACTED BRIEF UNDER SEAL

Defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of Health & Human Services ("HHS"), and Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services ("CMS"), state as follows for their motion to file unredacted brief under seal:

1. On June 18, 2025, defendants filed their motion to dismiss and response to plaintiff's motion for preliminary and permanent injunction and supporting brief. *See* Defendants' Motion to Dismiss and Response to Preliminary and Permanent Injunction, Doc. No. 22; Defendants' Brief in Support of Motion to Dismiss and Response to Preliminary and Permanent Injunction, Doc. No. 23.

2. In the supporting brief, defendants redacted information about the investigation of APS that cannot be publicly disclosed. *See* Defs' Br., Doc. No. 23, at 7.

3. Because this information is relevant to the investigation in question but cannot be publicly disclosed, defendants request that the Court allow an unredacted version of the brief to be filed under seal.

4. Defendants will provide a copy of the unredacted brief as filed under seal to APS.

WHEREFORE, defendants respectfully request that the Court grant their motion to file an unredacted version of their brief under seal.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas

/s/   *Jamie Goss Dempsey*
_____
Jamie Goss Dempsey
Ark. Bar No. 2007239
Assistant U. S. Attorney
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
Tel.   (501) 340-2600
jamie.dempsey@usdoj.gov

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing was filed with the Court *via* CM/ECF, which shall send notification to counsel of record.

/s/   *Jamie Goss Dempsey*
_____
Jamie Goss Dempsey