UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| **ADVANCED PATHOLOGY SOLUTIONS, PLLC** | | **PLAINTIFF** |
| v. | No. 4:25-CV-229 JM | |
| **ROBERT F. KENNEDY, in his official capacity as Secretary of the United States Department of Health & Human Services; and DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services** | | **DEFENDANTS** |

## ORDER

Upon consideration of defendants' motion to file an unredacted version of their brief under seal, it is:

**HEREBY ORDERED** that defendants' unredacted brief in support of their motion to dismiss and response to motion for preliminary and permanent injunction, which contain information about their investigation of APS that cannot be publicly disclosed, is to be filed under seal.

DATED:   6/18/25

_____
James M. Moody Jr.
UNITED STATES DISTRICT JUDGE