# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| ADVANCED PATHOLOGY SOLUTIONS, PLLC, | : <br> : Case No. 4:25-cv-229-JM <br> : |
| *Plaintiff*, | : <br> : |
| v. | : <br> : |
| ROBERT F. KENNEDY, in his official capacity as Secretary of the United States Department of Health & Human Services, | : <br> : <br> : <br> : |
| and | : <br> : |
| DR. MEHMET OZ, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services, | : <br> : <br> : <br> : |
| *Defendants*. | : <br> : |

## PLAINTIFF'S MOTION TO FILE UNDER SEAL UNREDACTED PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION AND RESPONSE TO THE GOVERNMENT'S MOTION TO DISMISS

Advanced Pathology Solutions, PLLC ("APS") states as follows for its motion to file under seal an unredacted version of Plaintiff's Reply in Support of Its Motion for a Preliminary and Permanent Injunction and response to the Government's Motion to Dismiss ("APS's Brief"):

1. On June 18, 2025, Defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of Health & Human Services ("HHS"), and Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services ("CMS"), filed their redacted Defendants' Brief in Support of Motion to Dismiss and Response to Motion for Preliminary and Permanent Injunction ("Defendants' Brief"). *See* ECF No. 23.

2. In Defendants' Brief, Defendants redacted information about the investigation of APS that they assert cannot be publicly disclosed. *See* ECF No. 23, at 7.

3. On June 18, 2025, Defendants filed their Motion to File Unredacted Brief Under Seal ("Defendants' Motion"). *See* ECF No. 24.

4. On June 18, 2025, this Court granted Defendants' Motion. *See* ECF No. 25.

5. On June 20, 2025, Defendants filed under seal an unredacted version of Defendants' Brief. *See* ECF No. 26.

6. On June 25, 2025, APS filed its redacted version of APS's Brief. *See* ECF No. 27.

7. In APS's Brief, APS redacted information about the investigation of APS that Defendants assert cannot be publicly disclosed. *See* ECF No. 27, at 18, 22, 29, 35–36.

8. APS requests that the Court allow APS to file under seal an unredacted version of APS's Brief.

9. APS will provide a copy of the unredacted version of APS's Brief as filed under seal to Defendants.

WHEREFORE, APS respectfully request that the Court grant its motion to file under seal an unredacted version of APS's Brief.

COZEN O'CONNOR

Dated: June 25, 2025

By: */s/ Dustin McDaniel*
Dustin McDaniel
Bar No. 99011
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1307 W. 4th Street

Little Rock, Arkansas 72201
Tel: (501) 404-4010
E-mail: dmcdaniel@cozen.com

Arthur P. Fritzinger
Penn. Bar No. 309533
*Admitted pro hac vice*
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel: (215) 665-7264
E-mail: afritzinger@cozen.com