

August 25, 2025

**Dustin McDaniel**
Direct Phone (501) 404-4010
dmcdaniel@cozen.com

**Arthur Fritzinger**
Direct Phone (215) 665-7264
afritzinger@cozen.com

Hon. James M. Moody Jr.
Attn: Amy Russell
United States District Court for the
Eastern District of Arkansas
500 West Capitol Avenue, Suite C446
Little Rock, AR 72201
jmchambers@ared.uscourts.gov

Re:   *Advanced Pathology Sols., PLLC v. U.S. Dep't of Health & Human Servs.*, No. 4:25-cv-00229-JM

Dear Judge Moody,

We write as counsel for Advanced Pathology Solutions, PLLC (APS) in the above-captioned matter. We respectfully request that the Court consider the below proposal, which we have provided to the Government as well, for the hearing set for September 19, 2025, at 9:00 a.m. on APS's motion for preliminary injunction (PI motion) and the Government's motion to dismiss (MTD). We provide this proposal with the aim of working jointly with the Government and the Court to make the most efficient and productive use of the hearing.

To that end, APS respectfully suggests that the hearing be organized based upon the following overlapping material issues implicated by both the PI motion and the MTD: (1) irreparable harm to APS, and (2) the indefinite and unjustified suspension of Medicare payments to APS. The aforementioned topics are determinative of both jurisdictional and merits issues. As such, APS proposes addressing the PI motion and the MTD together, rather than addressing one motion before the other. APS also proposes addressing these issues at the hearing in the following order: (1) APS's probability of success on the merits given the indefinite and unjustified suspension by CMS, (2) irreparable harm to APS and

Hon. James M. Moody Jr.
August 25, 2025
Page 2

_____

the sufficiency of APS's pleadings, and (3) subject matter jurisdiction, mandamus, and other issues.

APS anticipates presenting one or two witnesses to testify as to the irreparable financial harm it has suffered due to the Government's indefinite suspension of payment of funds.

APS provided this proposal to counsel for the Government and invited them to comment or suggest changes to it. Counsel for APS would be glad to further discuss its proposal for the hearing with the Court and with counsel for the Government, prior to the hearing date. We thank the Court for its time and continued attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

By: */s/ Dustin McDaniel*

Dustin McDaniel
Bar No. 99011
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1307 W. 4th Street
Little Rock, Arkansas 72201
Tel: (501) 404-4010
E-mail: dmcdaniel@cozen.com

Arthur P. Fritzinger
Penn. Bar No. 309533
*Admitted pro hac vice*
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel: (215) 665-7264
E-mail: afritzinger@cozen.com