

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Arkansas*

---

*425 W. Capitol Avenue, Suite 500*        *501-340-2600*
*Little Rock, Arkansas 72201*        *FAX 501-340-2725*

August 26, 2025

Hon. James M. Moody, Jr.
United States District Court
Eastern District of Arkansas
500 W. Capitol Ave., Suite C446
Little Rock, AR 72201
jmchambers@ared.uscourts.gov

    Re:   *Advanced Pathology Solutions, PLLC v. U.S. Dep't of Health & Human Servs., et al.*, No. 4:25-CV-00229

Dear Judge Moody:

    I am writing in response to the letter sent to the Court on behalf of Advanced Pathology Solutions, PLLC ("APS"), regarding the proposed format for the hearing that is scheduled on September 19, 2025, at 9 am.

    While the temporary payment suspension issued by the Centers for Medicare & Medicaid Services ("CMS") is at the heart of this litigation, defendants object to APS's characterization of the payment suspension as "indefinite and unjustified." Defendants also disagree with the approach to the hearing proposed by APS. Because this Court lacks subject matter jurisdiction over the complaint or to issue a preliminary injunction, *see Clarinda Home Health v. Shalala*, 100 F.3d 526 (8th Cir. 1996), that threshold jurisdictional issue should be resolved before the other issues. However, defendants defer to the Court on the format for the hearing.

    Sincerely,

    JONATHAN D. ROSS
    United States Attorney

By:   Jamie Goss Dempsey
       Assistant United States Attorney