# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

Advanced Pathology Solutions, PLLC

*Plaintiff*
v.

U.S. Department of Health and Human Services, et al.

*Defendant*

Case No. 4:25-cv-00229-JM

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Advanced Pathology Solutions, PLLC

Date: September 15, 2025

Emily Yu; DC Bar 1672461; Ark. Bar 2020155
*Attorney's printed name and bar number*

2001 M St. NW, Ste. 500, Washington, DC 20036
*Address*

eyu@cozen.com
*E-mail address*

(202) 280-6509
*Telephone number*

(202) 742-2530
*FAX number*