

January 29, 2026

**Dustin McDaniel**
Direct Phone   (501) 404-4010
dmcdaniel@cozen.com

**Arthur Fritzinger**
Direct Phone   (215) 665-7264
afritzinger@cozen.com

Hon. James M. Moody Jr.
United States District Court for the
Eastern District of Arkansas
500 West Capitol Avenue, Suite C446
Little Rock, AR 72201

Re:   *Advanced Pathology Sols., PLLC v. U.S. Dep't of Health & Human Servs.*, No. 4:25-cv-00229-JM

Dear Judge Moody,

We write as counsel for Advanced Pathology Solutions, PLLC (APS) in the above-captioned matter. As time is of the essence, we respectfully request that the Court schedule a conference at its earliest convenience to either determine, or encourage the parties to agree upon, a sum to release to APS from the funds that have been unlawfully withheld by CMS. If the Court considers it potentially productive, APS would also welcome a settlement conference with the United States Magistrate Judge to discuss these same issues and attempt to reach a resolution.

The Government has withheld more than $13 million in CMS payments from APS over the past 18 months based on $1,400 worth of claims that might be fraudulent. CMS payments are a core revenue source for APS, and without them, APS has been pushed to the brink of insolvency—even after shutting down CMS-dependent lines of business, laying off employees, and substantially curtailing operations. Even following these drastic changes, the current withholding rate is over $350,000 per month, or around $80,000 - $90,000 *each week*. To be clear, APS is testing potentially cancerous or diseased cells for Medicare and Medicaid patients, but CMS refuses to pay APS for any of that work. The Government's inexcusable delay in issuing an overpayment determination (which would allow APS to defend itself) and releasing APS's funds has nearly destroyed what was once a highly profitable local business and has put at risk numerous people's livelihoods. Whatever the total amount implicated in the Government's indefinite "investigation," there must be a non-punitive sum that would secure the Government's potential claims (if they ever come) while allowing APS to retain sufficient funds and CMS payments to continue providing pathology services to vulnerable Medicare and Medicaid patients.

APS fully maintains that it is entitled to a complete release of all the funds that the Government has withheld because all the funds have been withheld in violation of APS's due process rights.

Hon. James M. Moody Jr.
January 29, 2026
Page 2

---

And to this day, the Government has still tied only $1,400 worth of claims (out of the $13 million APS is owed) to allegations of fraud—even while refusing to define the alleged "fraud." APS nonetheless understands the Court's desire to balance the interest in protecting the public fisc with APS's property interest and associated due process rights in the withheld funds. APS believes that any sum must, at a bare minimum, be sufficient to stave off the risk of insolvency and allow APS to continue operations and to defend itself in the pending *qui tam* actions, should any claims ultimately be asserted.

To that end, APS respectfully requests scheduling a conference at the Court's earliest convenience where the Government is prepared to support with competent evidence the amount of withheld funds that are implicated in its "investigation." APS should be afforded notice of the Government's presentation prior to the conference so that it may respond thoroughly.[1] The Government should also be required to bring to the conference an individual with authority to agree to a sum to release to APS. In the alternative, APS would welcome a settlement conference with the United States Magistrate Judge in an attempt to resolve these issues.

We thank the Court for its time and continued attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

By: */s/ Dustin McDaniel*

Dustin McDaniel
Bar No. 99011
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
1307 W. 4th Street
Little Rock, Arkansas 72201
Tel: (501) 404-4010
E-mail: dmcdaniel@cozen.com

Arthur P. Fritzinger
Penn. Bar No. 309533
*Admitted pro hac vice*
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel: (215) 665-7264
E-mail: afritzinger@cozen.com

---

[1] To protect APS's reputational interests and the integrity of any sealed Government investigation, APS requests that the Government's presentation should not be publicly filed.

Hon. James M. Moody Jr.
January 29, 2026
Page 3

_____

Emily J. Yu
D.C. Bar No. 1672461, Ark. Bar No. 2020155
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
2001 M St. NW, Ste. 500
Washington, D.C. 20036
Tel: (202) 280-6509
E-mail: eyu@cozen.com