

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Arkansas*

---

*425 W. Capitol Avenue, Suite 500*  *501-340-2600*
*Little Rock, Arkansas 72201*  *FAX 501-340-2725*

February 2, 2026

*Via ECF Filing*

Hon. James M. Moody, Jr.
United States District Court
Eastern District of Arkansas
500 W. Capitol Ave., Suite C446
Little Rock, AR 72201

    Re:   *Advanced Pathology Solutions, PLLC v. U.S. Dep't of Health & Human Servs., et al.*, No. 4:25-CV-00229

Dear Judge Moody:

    I am writing in response to the letter to the Court filed on behalf of Advanced Pathology Solutions, PLLC ("APS"), Dkt. 45, requesting an additional conference in this matter.

    In its letter, APS mischaracterizes the temporary payment suspension and the government's investigation. However, the parties have already addressed the issues raised in APS's letter during a status conference in this case on January 22, 2026. At that hearing, the Court asked defendants to submit *ex parte* certain information about its investigation, which the government has now done. *See* Dkt. 46. Respectfully, the government does not believe an additional conference is necessary at this time. Nor would a settlement conference be productive at this juncture, where the defendants have filed pending motions to dismiss the action for lack of subject-matter jurisdiction and failure to state a claim.

    Sincerely,

    JONATHAN D. ROSS
    United States Attorney

By:   Jamie Goss Dempsey
    Assistant United States Attorney