

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Arkansas*

---

425 W. Capitol Avenue, Suite 500    501-340-2600
Little Rock, Arkansas 72201    FAX 501-340-2725

February 20, 2026

*Via ECF Filing*

Hon. James M. Moody, Jr.
United States District Court
Eastern District of Arkansas
500 W. Capitol Ave., Suite C446
Little Rock, AR 72201

    Re:   *Advanced Pathology Solutions, PLLC v. U.S. Dep't of Health & Human Servs., et al.*, No. 4:25-CV-00229

Dear Judge Moody:

    I am writing in response to the letter to the Court filed on behalf of Advanced Pathology Solutions, PLLC ("APS"), Dkt. 49, requesting that the Court grant its motion for preliminary injunction.

    In its letter, APS mischaracterizes the temporary payment suspension, the government's investigation, and the applicable regulations and case law. Importantly, APS does not even acknowledge the government's pending motion to dismiss for lack of subject matter jurisdiction based on controlling Eighth Circuit precedent. Because the Court lacks jurisdiction to hear APS's challenge or to grant a preliminary injunction, the Court should dismiss APS's complaint and deny the injunctive relief APS seeks. Dismissal of APS's complaint is also required based on APS's failure to state a claim. *See* Dkt. 22.

    If the Court declines to dismiss APS's complaint and considers its motion for injunctive relief, the Court cannot rely on counsel's unsupported assertions about the amount of the payment suspension, the financial condition of APS, or whether APS's clients can obtain the same services elsewhere. At a minimum, the parties should be able to present evidence and testimony regarding these facts at a hearing on the motion.

Sincerely,

JONATHAN D. ROSS
United States Attorney

By:  Jamie Goss Dempsey
Assistant United States Attorney