IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADVANCED PATHOLOGY					PLAINTIFF
SOLUTIONS PLLC

v.			No. 4:25-cv-229-DPM

ROBERT F. KENNEDY, Secretary,				DEFENDANTS
United States Department of Health &
Human Services, in his official capacity;
and STEPHANIE CARLTON, Acting
Administrator, Centers for Medicare and
Medicaid Services, in her official capacity

ORDER

 The Court notes this newly transferred case and the pending motions.  The Court will hold a hearing on the motions at 9:00 a.m. on 8 April 2026 in courtroom 1A in Little Rock.  A lawyer (or lawyers) from the Department of Health & Human Services, or the Department of Justice, who is taking the lead on this case and the related case must attend the hearing.  Each side will have two hours to present argument on the motions and any evidence on the motion for injunctive relief.  On 3 April 2026 each side may file a supplemental brief.  By noon on 6 April 2026, each side must submit witness and exhibit lists on the Court's forms, and deliver paper and electronic courtesy copies of all exhibits, to Little Rock chambers.

-2-

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 March 2026