IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ADVANCED PATHOLOGY                                              PLAINTIFF
SOLUTIONS PLLC

v.                              No. 4:25-cv-229-DPM

ROBERT F. KENNEDY, Secretary,                              DEFENDANTS
United States Department of Health &
Human Services, in his official capacity;
and STEPHANIE CARLTON, Acting
Administrator, Centers for Medicare and
Medicaid Services, in her official capacity

## ORDER

The Court has granted the United States a short extension in the related case. It requires a similar shift in this case. Here's the new schedule:

**10 April 2026** .........Supplemental Briefs Due

**14 April 2026** .........Witness and Exhibit Lists, and Exhibits
Due to Chambers

**16 April 2026** .........Hearing, 9:00 a.m.

The United States must attach a copy of the Department of Justice's written extension request, 42 CFR § 405.371(3)(ii), to its supplemental brief. All other provisions of the Court's 6 March 2026 Order, *Doc. 54*, remain in effect.

-2-

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_13 March 2026_