## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
#### CENTRAL DIVISION

**ADVANCED PATHOLOGY**       **PLAINTIFF**
**SOLUTIONS PLLC**

**v.**      **No. 4:25-cv-229-DPM**

**ROBERT F. KENNEDY, Secretary,**    **DEFENDANTS**
**United States Department of Health &**
**Human Services, in his official capacity;**
**and STEPHANIE CARLTON, Acting**
**Administrator, Centers for Medicare and**
**Medicaid Services, in her official capacity**

### ORDER

The Court notes defendants' motion, *Doc. 56*. Any response from Advanced Pathology Solutions is due by 30 March 2026. Defendants may reply within three calendar days of any response. Defendants must file the Department of Justice request *ex parte* and under seal by 26 March 2026 so the Court can evaluate *in camera* the privilege arguments. Please deliver a courtesy copy of it to Little Rock chambers.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 March 2026