**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

|  |  |  |
|---|---|---|
| ADVANCED PATHOLOGY SOLUTIONS, PLLC, | : | |
| | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-229-DPM |
| | : | |
| ROBERT F. KENNEDY, in his Official Capacity as Secretary for the United States Department of Health & Human Services, | : | |
| | : | |
| | : | |
| | : | |
| and | : | |
| | : | |
| DR. MEHMET OZ, in his Official Capacity as Administrator of the Centers for Medicare and Medicaid Services, | : | |
| | : | |
| | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL UNREDACTED PLAINTIFF'S**
**SUPPLEMENTAL BRIEF**

Advanced Pathology Solutions, PLLC ("APS") states as follows for its motion to file under seal an unredacted version of Plaintiff's Supplemental Brief ("APS's Supplemental Brief"):

1.    Defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of Health & Human Services, and Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services (collectively, "Defendants"), have filed a number of documents in the instant matter with redacted information, or that were completely sealed, about an investigation of APS that cannot be publicly disclosed. (*See* ECF Nos. 23, 46, 51, 58). The Court has also sealed a transcript for a hearing in the instant matter. (*See* ECF No. 48).

1

2. Defendants have also filed a motion to file an unredacted brief under seal. (*See* ECF No. 24).

3. The Court granted Defendants' motion to file an unredacted brief under seal. (*See* ECF No. 25).

4. Defendants filed an unredacted brief under seal. (*See* ECF No. 26).

5. APS has filed a document in the instant matter with redacted information about the investigation of APS that Defendants assert cannot be publicly disclosed. (*See* ECF No. 27).

6. APS filed an accompanying motion to file the unredacted brief under seal. (*See* ECF No. 28).

7. The Court granted APS's motion to file the unredacted brief under seal. (*See* ECF No. 29).

8. APS filed an unredacted brief under seal. (*See* ECF No. 30).

9. On April 10, 2026, APS filed its redacted version of APS's Supplemental Brief. (*See* ECF No. 61).

10. In APS's Supplemental Brief, APS redacted information regarding the same topics and information previously subject to seal. (*See id.*).

11. APS requests that the Court allow APS to file under seal an unredacted version of APS's Supplemental Brief.

12. APS will provide a copy of the unredacted version of APS's Supplemental Brief as filed under seal to Defendants.

WHEREFORE, APS respectfully request that the Court grant its motion to file under seal an unredacted version of APS's Supplemental Brief.


COZEN O'CONNOR

Dated: April 10, 2026

By: */s/ Dustin McDaniel*
Dustin McDaniel
Bar No. 99011
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1307 W. 4th Street
Little Rock, Arkansas 72201
Tel: (501) 404-4010
E-mail: dmcdaniel@cozen.com

Arthur P. Fritzinger
Penn. Bar No. 309533
*Admitted pro hac vice*
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel: (215) 665-7264
E-mail: afritzinger@cozen.com

Emily J. Yu
D.C. Bar No. 1672461
Ark. Bar No. 2020155 (currently inactive)
*Admitted to E.D. Ark.*
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
2001 M St. NW, Ste. 500
Washington, D.C. 20036
Tel: (202) 280-6509
E-mail: eyu@cozen.com