**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ADVANCED PATHOLOGY**                                    **PLAINTIFF**
**SOLUTIONS PLLC**

**v.**                           **No. 4:25-cv-229-DPM**

**ROBERT F. KENNEDY, Secretary,**                        **DEFENDANTS**
**United States Department of Health &**
**Human Services, in his official capacity;**
**and STEPHANIE CARLTON, Acting**
**Administrator, Centers for Medicare and**
**Medicaid Services, in her official capacity**

## ORDER

The United States' motion, *Doc. 56*, is partly granted and partly denied.  Most of the information in the Department of Justice's request letter has now been revealed to Advanced Pathology in the related case and this case.  The first full paragraph on page two of the written request, however, is opinion work product, which is absolutely protected.  *Baker v. General Motors Corp.*, 209 F.3d 1051, 1054 (8th Cir. 2000).  The United States should redact that paragraph, and then produce the redacted letter to Advanced Pathology Solutions by the close of business today.  The letter will remain in the Court's docket under seal and *ex parte*.

−2−

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

<u>13 April 2026</u>