**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADVANCED PATHOLOGY**                                              **PLAINTIFF**
**SOLUTIONS, PLLC**
**v.**                                **No. 4:25-CV-229 DPM**

**ROBERT F. KENNEDY, in his**                                      **DEFENDANTS**
**official capacity as Secretary**
**of the United States**
**Department of Health &**
**Human Services; and**
**DR. MEHMET OZ, in his**
**official capacity as Administrator**
**of the Centers for Medicare and**
**Medicaid Services**

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff Advanced Pathology Solutions, PLLC ("APS"), and defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of Health & Human Services ("HHS"), and Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services ("CMS"), jointly move the Court for a stay of all proceedings in this action, as follows:

1.      Plaintiff Advanced Pathology Solutions, PLLC has reached a handshake settlement agreement with the Government in a separate action before this Court.

2.      The handshake agreement is subject to review and approval by relevant Government officials and negotiation of a written settlement agreement.

3.      As part of that agreement, the Parties agree that this action will be dismissed following the execution of a written settlement agreement between the parties and the discontinuation of the payment suspension by CMS.

4.     Thus, the settlement agreement and discontinuation of the payment suspension would moot the need for a hearing on the pending motion to dismiss and motion for preliminary injunction.

5.     Accordingly, the Parties jointly request that the Court stay this action until a written settlement agreement is executed, the payment suspension is discontinued, and the Plaintiff moves to dismiss the complaint in this action.

WHEREFORE, Plaintiff Advanced Pathology Solutions, PLLC, and Defendants Robert F. Kennedy, in his official capacity as Secretary of the United States Department of Health & Human Services, and Dr. Mehmet Oz, in his official capacity as Administrator of the Centers for Medicare and Medicaid Services, jointly move the Court for a stay of all proceedings in this action.

Dated: April 14, 2026

JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas

By: */s/ Jamie Goss Dempsey*
Jamie Goss Dempsey
Ark. Bar No. 2007239
Assistant U.S. Attorney
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
Tel. (501) 340-2600
jamie.dempsey@usdoj.gov

COZEN O'CONNOR

By: */s/ Dustin McDaniel*
Dustin McDaniel
Bar No. 99011
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1307 W. 4th Street
Little Rock, Arkansas 72201
Tel: (501) 404-4010
E-mail: dmcdaniel@cozen.com

Arthur P. Fritzinger
Penn. Bar No. 309533
*Admitted pro hac vice*
*Attorney for Plaintiff,*
*Advanced Pathology Solutions, PLLC*
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, Pennsylvania 19103
Tel: (215) 665-7264
E-mail: afritzinger@cozen.com

Emily J. Yu
D.C. Bar No. 1672461
Ark. Bar No. 2020155 (currently inactive)
Admitted to E.D. Ark.
Attorney for Plaintiff,
Advanced Pathology Solutions, PLLC
Cozen O'Connor
2001 M St. NW, Ste. 500
Washington, D.C. 20036
Tel: (202) 280-6509
E-mail: eyu@cozen.com

3