# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ADVANCED PATHOLOGY**                                    **PLAINTIFF**
**SOLUTIONS PLLC**

**v.**                          **No. 4:25-cv-229-DPM**

**ROBERT F. KENNEDY, Secretary,**                      **DEFENDANTS**
**United States Department of Health &**
**Human Services, in his official capacity;**
**and STEPHANIE CARLTON, Acting**
**Administrator, Centers for Medicare and**
**Medicaid Services, in her official capacity**

## ORDER

Joint motion, *Doc. 67*, granted.   Motions, *Doc. 9 & 22*, denied without prejudice.   Case stayed.   Joint report or motion due by 5 May 2026.   The 16 April 2026 hearing is canceled.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 April 2026