# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ADVANCED PATHOLOGY                                         PLAINTIFF
SOLUTIONS PLLC


v.                          No. 4:25-cv-229-DPM


ROBERT F. KENNEDY, Secretary, United                      DEFENDANTS
States Department of Health & Human
Services, in his official capacity;  and
MEHMET OZ, Administrator, Centers for
Medicare and Medicaid Services, in his
official capacity

## ORDER

Status report, *Doc. 73*, noted.  The Court will hold an in-person status conference at 1:30 on Wednesday, 17 June 2026, in Courtroom 1A in Little Rock.  One lawyer for each party must appear.  No remote participation will be possible.  Joint status report due by noon (central time) on 12 June 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 June 2026