**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ADVANCED PATHOLOGY SOLUTIONS PLLC** **PLAINTIFF**

**v.** **No. 4:25-cv-229-DPM**

**ROBERT F. KENNEDY, Secretary, United States Department of Health & Human Services, in his official capacity; and MEHMET OZ, Administrator, Centers for Medicare and Medicaid Services, in his official capacity** **DEFENDANTS**

# JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction to enforce the parties' settlement agreement, including but not limited to, the relators'-fees issue.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

17 August 2026