**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADVANCED PATHOLOGY SOLUTIONS PLLC** **PLAINTIFF**

**v.** **No. 4:25-cv-229-DPM**

**ROBERT F. KENNEDY, Secretary, United States Department of Health & Human Services, in his official capacity; and MEHMET OZ, Administrator, Centers for Medicare and Medicaid Services, in his official capacity** **DEFENDANTS**

**ORDER**

The United States' agreed motion for clarification, *Doc. 86*, is granted. The Court appreciates the calculations and collaboration toward an agreed amount. The United States must pay $193,078.47 to Advanced Pathology Solutions, which will make the company whole pursuant to the Court's prior Order, *Doc. 82*.

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 September 2026